IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Dr. Stephen Hefner, <br><br> Plaintiff, <br><br> v. <br><br> School District Five of Lexington and Richland Counties, Kenneth Loveless individually and his official capacity, Catherine Huddle individually and in her official capacity, Jan Hammond individually and her official capacity, and Jaramillo Accounting Group, LLC, <br><br> Defendants. | Civil Action Number: <br> [Civil Action Number: 2021-CP-32-03699) <br> [Lexington County Court of Common Pleas] <br><br><br> 3:23-cv-02156-MGL <br><br><br> **AFFIDAVIT OF** <br> **MICHAEL B. WREN** |

PERSONALLY APPEARED BEFORE ME, **MICHAEL B. WREN**, who being duly sworn deposes and says:

1) I am the attorney of record for Defendants School District Five of Lexington and Richland Counties, Kenneth Loveless, Catherine Huddle, and Jan Hammond in this action, and I am fully authorized and competent to make this affidavit.

2) The allegations in the Notice of Removal are true and correct to my knowledge, except for those matters alleged upon information and belief, and as to those, I believe them to be true.

FURTHER, AFFIANT SAYETH NOT.

_____
MICHAEL B. WREN

SWORN TO BEFORE ME THIS 19th
DAY OF May, 2023

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: June 29, 2028