# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| Dr. Stephen Hefner, | ) | Civil Action Number: |
| | ) | [Civil Action Number: 2021-CP-32-03699) |
| Plaintiff, | ) | [Lexington County Court of Common Pleas] |
| | ) | |
| v. | ) | 3:23-cv-02156-MGL |
| | ) | |
| School District Five of Lexington and Richland Counties, Kenneth Loveless individually and his official capacity, Catherine Huddle individually and in her official capacity, Jan Hammond individually and her official capacity, and Jaramillo Accounting Group, LLC, | ) ) ) ) ) ) ) ) ) | **CONSENT TO REMOVAL BY DEFENDANT JARAMILLO ACCOUNTING GROUP, LLC** |
| Defendants. | ) | |

I, Ryan M. Gunther, counsel of record for Defendant Jaramillo Accounting Group, LLC in the above-captioned matter, having read the Notice of Removal by Defendants Kenneth Loveless, Catherine Huddle, and Jan Hammond, hereby consent to the Notice of Removal being filed in this action.

                              EARHART OVERSTREET, LLC

                              BY:   *s/ Ryan M. Gunther*
                                    David W. Overstreet, #7363
                                    Ryan M. Gunther, #13184
                                    Post Office Box 22528
                                    Charleston, South Carolina 29413
                                    T: 843-972-9400
                                    Email: david@earhartoverstreet.com
                                                    Ryan.gunther@earhartoverstreet.com

                              ATTORNEYS FOR DEFENDANT JARAMILLO ACCOUNTING GROUP, LLC

Charleston, South Carolina
May 19, 2023