# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Dr. Stephen Hefner, | Civil Action Number: |
| | [Civil Action Number: 2021-CP-32-03699) |
| Plaintiff, | [Lexington County Court of Common Pleas] |
| v. | 3:23-cv-02156-MGL |
| School District Five of Lexington and Richland Counties, Kenneth Loveless individually and his official capacity, Catherine Huddle individually and in her official capacity, Jan Hammond individually and her official capacity, and Jaramillo Accounting Group, LLC, | **CONSENT TO REMOVAL BY DEFENDANT SCHOOL DISTRICT FIVE OF LEXINGTON AND RICHLAND COUNTIES** |
| Defendants. | |

I, Michael B. Wren, counsel of record for Defendant School District Five of Lexington and Richland Counties in the above-captioned matter, having read the Notice of Removal by Defendants Kenneth Loveless, Catherine Huddle, and Jan Hammond, hereby consent to the Notice of Removal being filed in this action.

DAVIDSON & WREN, P.A.

BY: *s/ Michael B. Wren*
Michael B. Wren, #7852
1611 Devonshire Drive, Second Floor
Post Office Box 8568
Columbia, South Carolina 29202-8568
T: 803-806-8222
E-Mail: mwren@dml-law.com

ATTORNEYS FOR DEFENDANTS SCHOOL DISTRICT FIVE OF LEXINGTON AND RICHLAND COUNTIES, KENNETH LOVELESS, CATHERINE HUDDLE, AND JAN HAMMOND

Columbia, South Carolina
May 19, 2023